IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| TWYLA MCELREE, Administrator of the ESTATE OF JONATHAN TYLER GOSSMAN, by MIKAELA GOSSMAN Surviving Spouse of Jonathan Tyler Gossman, on her own behalf and as Next Friends of Their Children, L.R.G. and Z.A.G., <br><br>    Plaintiffs, <br><br>vs. <br><br>CITY OF CEDAR RAPIDS, IOWA, WAYNE HERMAN, in his individual and official capacity, CAPTAIN BRENT LONG, in his individual and official capacity, CAPTAIN JEFF HEMBERA, in his individual and official capacity, SERGEANT NATHAN JUILFS, in his individual and official capacity, CHRISTOPHER BIEBER, in his individual and official capacity, LUCAS JONES, in his individual and official capacity, BRANDON BOESENBERG, in his individual and official capacity, BRYSON GARRINGER, in his individual and official capacity, and JOHN DOES ONE THROUGH FIVE in their individual and official capacities, <br><br>    Defendants. | NO. 1:17-cv-00144-LTS <br><br>**APPEARANCE ON BEHALF OF OFFICER LUCAS JONES** |

    Gregory T. Usher of Lynch Dallas, P.C. appears on behalf of Defendant Officer Lucas Jones.

/s/ Gregory T. Usher
GREGORY T. USHER, AT0012812
Of
LYNCH DALLAS, P.C.
526 Second Avenue SE
P.O. Box 2457
Cedar Rapids, Iowa 52406-2457
Telephone   319.365.9101
Facsimile   319.866-9721
E-Mail      gusher@lynchdallas.com

ATTORNEYS FOR DEFENDANT
OFFICER LUCAS JONES

CERTIFICATE OF SERVICE

I certify that I served the foregoing document upon the following person(s) by electronic notice pursuant to Federal Rule of Civil Procedure 5(b) on the 10th day of January, 2018.

Judith O'Donohoe
ELWOOD, O'DONOHOE, BRAUN
 & WHITE, L.L.P.
116 North Main Street
P.O. Box 307
Charles City, IA 50616

Elizabeth D. Jacobi
City Hall
101 First Street SE
Cedar Rapids, IA 52401

/s/ Gregory T. Usher

2